# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re: GENO LANDSCAPING COMPANY INC    § Case No. 06-16215
                                       §
                                       §
Debtor(s)                              §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on December 08, 2006. The undersigned trustee was appointed on *bad date*.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of    $     58,096.76

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 6,500.53 |
   | Payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1] | $     51,596.23 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing claims in this case was 05/23/2007. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $6,154.69. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $6,154.69, for a total compensation of $6,154.69. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 09/13/2010                By:/s/ILENE F. GOLDSTEIN
                                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-16215  
**Case Name:** GENO LANDSCAPING COMPANY INC

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/08/06 (f)  
**§341(a) Meeting Date:** 01/22/07

**Period Ending:** 09/13/10

**Claims Bar Date:** 05/23/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNTS | 14,224.00 | 14,224.00 | | 15,500.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 38,000.00 | 38,000.00 | DA | 2,312.88 | FA |
| 3 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 500.00 | | 0.00 | FA |
| 4 | FARMING EQUIPMENT | 9,000.00 | 9,000.00 | | 5,000.00 | FA |
| 5 | TRUSTEE AVOIDING POWER: LAND/TREE STOCK (u) | Unknown | Unknown | | 35,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 283.88 | Unknown |
| 6 | Assets Totals (Excluding unknown values) | **$61,724.00** | **$61,724.00** | | **$58,096.76** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE SET FORTH A FRAUDULENT CONVEYANCE THEORY, AND SETTLED IT, FOUND AND COLLECTED CASH AND ACCOUNT RECIEVABLES AND SOLD TWO FRONT LOADING TRACTORS. SHE IS AWAITING TAX RETURNS AND WILL REVIEW CLAIMS. SHE IS PREPARING HER FINAL REPORT.

**Initial Projected Date Of Final Report (TFR):** March 31, 2009         **Current Projected Date Of Final Report (TFR):** August 31, 2010

Printed: 09/13/2010 08:15 PM    V.12.52

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 06-16215 | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|
| Case Name: | GENO LANDSCAPING COMPANY INC | Bank Name: | JPMORGAN CHASE BANK, N.A. |
|  |  | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | **-***5172 | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/13/10 | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 |  | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 02/06/07 | {1} | Geno Landscaping | ACCOUNTS RECEIVABLE | 1129-000 | 15,500.00 |  | 15,500.00 |
| 02/06/07 | {2} | Geno Landscaping | ACCOUNTS RECEIVABLE | 1121-000 | 2,312.88 |  | 17,812.88 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.65 |  | 17,819.53 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.51 |  | 17,829.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.83 |  | 17,838.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.84 |  | 17,848.71 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.21 |  | 17,857.92 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.17 |  | 17,868.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.85 |  | 17,877.94 |
| 09/14/07 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 |  | 5,381.00 | 12,496.94 |
| 09/14/07 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 |  | 262.80 | 12,234.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.70 |  | 12,241.84 |
| 10/03/07 | {5} | Greater Illinois Title Company | Resolution of Fraudulent Conveyance Claim | 1229-000 | 35,000.00 |  | 47,241.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.51 |  | 47,263.35 |
| 11/16/07 | 1003 | Triebold Implement Inc. | ADMI PAYMENT TO GET PART TO REPAIR fRONT LOADER | 2420-000 |  | 54.67 | 47,208.68 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 24.58 |  | 47,233.26 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 24.05 |  | 47,257.31 |
| 01/14/08 | 1004 | Slim's Tractor Service & Outdoor Power Inc | Admin Expense | 2420-000 |  | 175.29 | 47,082.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 21.59 |  | 47,103.61 |
| 02/07/08 | {4} | Mohamed Nasr | Sale of personal property | 1129-000 | 5,000.00 |  | 52,103.61 |
| 02/12/08 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-16215, Bond payment | 2300-000 |  | 40.36 | 52,063.25 |
| 02/28/08 | 1006 | AMERICAN AUCTION ASSOC. INC. | Auction Expense | 3610-000 |  | 500.00 | 51,563.25 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.41 |  | 51,573.66 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.58 |  | 51,583.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.19 |  | 51,590.43 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.45 |  | 51,596.88 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.55 |  | 51,603.43 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.55 |  | 51,609.98 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.13 |  | 51,616.11 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.77 |  | 51,622.88 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.62 |  | 51,628.50 |
|  |  |  | Subtotals : |  | $58,042.62 | $6,414.12 |  |

{} Asset reference(s)

Printed: 09/13/2010 08:15 PM    V.12.52

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| Case Number: | 06-16215 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
| --- | --- | --- | --- | --- |
| Case Name: | GENO LANDSCAPING COMPANY INC | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****63-65 - Money Market Account |
| Taxpayer ID #: | **-***5172 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 09/13/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.06 | | 51,632.56 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.66 | | 51,636.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,638.32 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 51,640.28 |
| 03/04/09 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-16215 | 2300-000 | | 45.11 | 51,595.17 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.24 | | 51,597.41 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,599.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 51,601.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.24 | | 51,603.78 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,605.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,608.12 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,610.22 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,612.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,614.49 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,616.66 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 51,618.69 |
| 02/19/10 | 1008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-16215 | 2300-000 | | 41.30 | 51,577.39 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 51,579.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.31 | | 51,581.66 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.33 | | 51,582.99 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -51,582.99 | | 0.00 |

| | | | |
| --- | --- | --- | --- |
| ACCOUNT TOTALS | | 6,500.53 | 6,500.53 | $0.00 |
| Less: Bank Transfers | | -51,582.99 | 0.00 | |
| **Subtotal** | | 58,083.52 | 6,500.53 | |
| Less: Payments to Debtors | | | 0.00 | |
| **NET Receipts / Disbursements** | | **$58,083.52** | **$6,500.53** | |

{} Asset reference(s)    Printed: 09/13/2010 08:15 PM    V.12.52

Case 06-16215   Doc 35   Filed 09/13/10   Entered 09/13/10 20:30:58   Desc Main
Document   Page 6 of 9

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

**Case Number:** 06-16215
**Case Name:** GENO LANDSCAPING COMPANY INC

**Taxpayer ID #:** **-***5172
**Period Ending:** 09/13/10

**Trustee:** ILENE F. GOLDSTEIN (330290)
**Bank Name:** The Bank of New York Mellon
**Account:** 9200-******63-65 - Money Market Account
**Blanket Bond:** $3,000,000.00   (per case limit)
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 51,582.99 | | 51,582.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 51,584.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.07 | | 51,587.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.97 | | 51,590.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.07 | | 51,593.18 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.05 | | 51,596.23 |
| | | | **ACCOUNT TOTALS** | | 51,596.23 | 0.00 | $51,596.23 |
| | | | Less: Bank Transfers | | 51,582.99 | 0.00 | |
| | | | **Subtotal** | | 13.24 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $13.24 | $0.00 | |

Net Receipts :   58,096.76
Net Estate :   $58,096.76

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 58,083.52 | 6,500.53 | 0.00 |
| MMA # 9200-******63-65 | 13.24 | 0.00 | 51,596.23 |
| | $58,096.76 | $6,500.53 | $51,596.23 |

{} Asset reference(s)

Printed: 09/13/2010 08:15 PM   V.12.52

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 06-16215
Case Name: GENO LANDSCAPING COMPANY INC
Trustee Name: ILENE F. GOLDSTEIN

Claims of secured creditors will be paid as follows:

*Claimant*                                              *Proposed Payment*

                          N/A

Applications for chapter 7 fees and administrative expenses have been filed as follows:

|  | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| *Trustee* | ILENE F. GOLDSTEIN | $ 6,154.69 | $ |
| *Attorney for trustee* | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 5,245.00 | $ 112.90 |
| *Appraiser* |  | $ | $ |
| *Auctioneer* |  | $ | $ |
| *Accountant* | Jodi E. Gimbel, P.C. | $ 1,494.00 | $ |
| *Special Attorney for trustee* |  | $ | $ |
| *Charges,* | U.S. Bankruptcy Court | $ | $ |
| *Fees,* | United States Trustee | $ | $ |
| *Other* |  | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

*Reason/Applicant*                 *Fees*                  *Expenses*

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,015.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 14P | Internal Revenue Service - Dept of Revenue | $ 47,015.54 | $ 38,586.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 218,634.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Lurvey Landscape Supply and Garden Center | $ 2,728.32 | $ 0.00 |
| 2 | GREEN TREE SERVICING, LLC | $ 72,290.08 | $ 0.00 |
| 3 | Lester's Material Service, Inc. | $ 18,511.74 | $ 0.00 |
| 4 | Antioch Tire | $ 2,946.40 | $ 0.00 |
| 5 | Lou Perrines | $ 397.69 | $ 0.00 |
| 6 | Wilsons Landscape Supply | $ 3,040.67 | $ 0.00 |
| 7 | Wilson Nursery | $ 4,176.34 | $ 0.00 |
| 8 | Chase Bank USA, N.A. | $ 18,779.36 | $ 0.00 |
| 9 | Midwest Operating Engineers Pension Fund | $ 1,299.76 | $ 0.00 |
| 10 | MOE Construction Industry Research and Service Tru | $ 37.99 | $ 0.00 |

**UST Form 101-7-TFR (9/1/2009)**

| | | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 11 | Advanta Bank Corp | $ 23,318.86 | $ 0.00 |
| 12 | American Express Bank FSB | $ 7,528.46 | $ 0.00 |
| 13 | BP Business Solutions | $ 16,880.88 | $ 0.00 |
| 14U | Internal Revenue Service - Dept of Revenue | $ 7,017.00 | $ 0.00 |
| 15 | Jasperson Sod Farm | $ 22,510.73 | $ 0.00 |
| 16 | Citibank (South Dakota) N.A. | $ 117.55 | $ 0.00 |
| 17 | Arthur Weiler | $ 12,049.50 | $ 0.00 |
| 18 | Frankemuth Mutual Insurance | $ 5,003.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 35,365.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 19 | American National | $ 35,365.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**