**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re:  GENO LANDSCAPING COMPANY §   Case No. 06-16215
          INC                                         §
                                                            §
Debtor(s)                                            §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATIONS FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

  Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>ILENE F. GOLDSTEIN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

  The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

  219 South Dearborn Street, Room 710
  Chicago, IL 60604

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, together with a request for a hearing and serve a copy of both upon the trustee, any party whose application is being challenged and the United States Trustee.  If no objections are filed, the Court will act on the fee applications and the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

  Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at  on  10/08 / 2010 at 2:00p.m.   in Courtroom B,  Park City Branch Court , 301 Greenleaf Avenue Park City, IL 60085-5725.  If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

**UST Form 101-7-NFR (9/1/2009)**

Date Mailed: 09/13/2010        By:    /s/ Ilene F. Goldstein
                                                               Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**UST Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | | |
|---|---|---|
| In re: GENO LANDSCAPING COMPANY INC | § | Case No. 06-16215 |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

| | |
|---|---|
| *The Final Report shows receipts of* | $ 58,096.76 |
| *and approved disbursements of* | $ 6,500.53 |
| *leaving a balance on hand of* [1] | $ 51,596.23 |

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| | *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|---|
| Trustee | ILENE F. GOLDSTEIN | $ 6,154.69 | $ |
| Attorney for trustee | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | $ 5,245.00 | $ 112.90 |
| Appraiser | | $ | $ |
| Auctioneer | | $ | $ |
| Accountant | Jodi E. Gimbel, P.C. | $ 1,494.00 | $ |
| Special Attorney for trustee | | $ | $ |
| Charges, | U.S. Bankruptcy Court | $ | $ |
| Fees, | United States Trustee | $ | $ |
| Other | | $ | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $47,015.54 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 14P | Internal Revenue Service - Dept of Revenue | $ 47,015.54 | $ 38,586.59 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 218,634.33 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 1 | Lurvey Landscape Supply and Garden Center | $ 2,728.32 | $ 0.00 |
| 2 | GREEN TREE SERVICING, LLC | $ 72,290.08 | $ 0.00 |
| 3 | Lester's Material Service, Inc. | $ 18,511.74 | $ 0.00 |
| 4 | Antioch Tire | $ 2,946.40 | $ 0.00 |
| 5 | Lou Perrines | $ 397.69 | $ 0.00 |
| 6 | Wilsons Landscape Supply | $ 3,040.67 | $ 0.00 |
| 7 | Wilson Nursery | $ 4,176.34 | $ 0.00 |
| 8 | Chase Bank USA, N.A. | $ 18,779.36 | $ 0.00 |
| 9 | Midwest Operating Engineers Pension Fund | $ 1,299.76 | $ 0.00 |
| 10 | MOE Construction Industry Research and Service Tru | $ 37.99 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

| | | | |
|---|---|---|---|
| 11 | Advanta Bank Corp | $ 23,318.86 | $ 0.00 |
| 12 | American Express Bank FSB | $ 7,528.46 | $ 0.00 |
| 13 | BP Business Solutions | $ 16,880.88 | $ 0.00 |
| 14U | Internal Revenue Service - Dept of Revenue | $ 7,017.00 | $ 0.00 |
| 15 | Jasperson Sod Farm | $ 22,510.73 | $ 0.00 |
| 16 | Citibank (South Dakota) N.A. | $ 117.55 | $ 0.00 |
| 17 | Arthur Weiler | $ 12,049.50 | $ 0.00 |
| 18 | Frankemuth Mutual Insurance | $ 5,003.00 | $ 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 35,365.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 19 | American National | $ 35,365.00 | $ 0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-NFR (9/1/2009)**

Prepared By: /s/ILENE F. GOLDSTEIN
Trustee

ILENE F. GOLDSTEIN
850 Central Avenue
Suite 200
Highland Park, IL  60035
(847) 926-9595

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: lhatch              Page 1 of 2            Date Rcvd: Sep 14, 2010
Case: 06-16215                Form ID: pdf006           Total Noticed: 55

The following entities were noticed by first class mail on Sep 16, 2010.
db           +Geno Landscaping Company inc,    42688 N. Highway 45,    Antioch, IL 60002-7212
aty          +Ilene F Goldstein,    Ilene F Goldstein Chartered,    850 Central Avenue,    Suite 200,
               Highland Park, IL 60035-3278
aty          +Paul R Idlas,    Law Offices Of Paul R. Idlas,    1099 N Corporate Circle,    Suite K,
               Grayslake, IL 60030-1688
tr           +Ilene F Goldstein, ESQ,    Law Offices of Ilene F. Goldstein,    850 Central Ave,    Ste 200,
               Highland Park, IL 60035-3278
11051971     +A Block,    855 E. Golf Road, Ste 1133,    Arlington Heights, IL 60005-5224
11277595    ++ADVANTA,    700 DRESHER RD,    HORSHAM PA 19044-2206
             (address filed with court: Advanta Bank Corp,     c/o Becket and Lee LLP,    POB 3001,
               Malvern PA 19355-0701)
11051973     +Advertiser,    236 W. Route 173,    Antioch, IL 60002-1897
11051974     +American Express Bank FSB,    C/O Becket and Lee LLP,    PO B 3001,    Malvern, PA 19355-0701
11051975     +American National,    924 Turret Court,    Mundelein, IL 60060-3821
11051976     +Antioch Auto Parts,    250 Route 173,    Antioch, IL 60002-1898
11051977     +Antioch Tire,    440 E. Route 173,    Antioch, IL 60002-7265
11051978     +Antioch True Value,    488 Orchard Ave,    Antioch, IL 60002-1281
11051979     +Arthur Weiler,    12247 W. Russell Road,    Zion, IL 60099-9467
11051980     +Aspen Valley Landscaping Supply,    13148 W. 159th Street,    Homer Glen, IL 60491-8768
11051970     +Attorney Paul R Idlas,    1099 North Corporate Circle,    Grayslake, IL 60030-1688
11051985      BP Business Solutions,    Fleet Cor Technologies,    SSS Airtex Dr. E,    Houston, TX 77073
11051981      Bank Of America,    P.O. Box 21848,    Greensboro, NC 27420-1848
11051984     +Borst And Associates,    501 Peterson Road Suite 201,    Libertyville, IL 60048-1084
11051987    ++CHRYSLER FINANCIAL,    27777 INKSTER RD,    FARMINGTON HILLS MI 48334-5326
             (address filed with court: Chrysler Financial,     P.O. Box 2993,    Milwaukee, WI  53201)
11051986      Capital One Bank,    P.O. Box 30285,    Salt Lake City, UT  84130-0285
11241014     +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
               Seattle, WA 98121-2339
11315290      Citibank (South Dakota) N.A.,    DBA: The Home Depot,    PO Box 9025,    Des Moines, Ia.  50368
11051988     +Cutler True Value,    25572 N. Highway 83,    Mundelein, IL 60060-4266
11051989     +Deluxe Business Checks,    P.O. Box 74252,    Cinncinnati, OH 45274-0001
11051990     +Evergreen Sod Farm,    3800 E. 11000 North Road,    Redtone, IL 60468-4032
11051991     +First Equity Card,    P.O. Box 84075,    Columbus, OH 31908-4075
11380721     +Frankemuth Mutual Insurance,    C/O Receivables Management Inc,    PO Box 1385,
               Saginaw, MI 48605-1385
11051992      GM Business Card,    P.O. Box 15298,    Wilmington, DE  19850-5298
11051993     +Gregs Lawnmower,    701 Rockland Road,    Lake Bluff, IL 60044-2216
11051994     +Home Depot Credit Services,    P.O. Box 9121,    Des Moines, IA 50306-9121
11051995    ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
             (address filed with court: Internal Revenue Service - Dept of Revenue,
               Centralized Insolvency Operations,    PO Box 21126,    Philadelphia, PA 19114)
11051996     +Jasperson Sod Farm,    21521 Olson Road,    Franksville, WI 53126-9737
11213482     +Lester's Material Service, Inc.,    c/o David J. Axelrod & Associates,     1448 Old Skokie Road,
               Highland Park, IL 60035-3040
11051997     +Lesters Material,    1980 South Highway 83,    Grayslake, IL 60030-9381
11051998     +Lou Perrines,    5145 Sheridan Road,    Kenosha, WI 53140-3435
11051999     +Lurvey,    30560 N. Russell Drive,    Volo, IL 60073-9650
11100656     +Lurvey Landscape Supply and Garden Center,    Donald C Stinespring & Associates,    PO Box 382,
               Richmond, IL 60071-0382
11276465      MOE Construction Industry Research and Service Tru,    c/o Jennifer L. Dunitz-Geiringer,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
               Chicago, IL  60606-5231
11052000     +Major Agency,    P.O. Box 146,    Fox Lake, IL 60020-0146
11052001     +Mariani Landscape,    300 Rockland Road,    Lake Bluff, IL 60044-1813
11052002     +McGinty Brothers,    3744 Cuba Road,    Long Grove, IL 60047-5233
11276442      Midwest Operating Engineers Pension Fund,    c/o Jennifer L. Dunitz-Geiringer,
               Baum Sigman Auerbach & Neuman, Ltd.,    200 W. Adams Street, Suite 2200,
               Chicago, IL  60606-5231
11052004     +Mutual Ace Hardware,    1393 Halfday Road,    Highland Park, IL 60035-1741
11052005      Olsens,    969 N. Pepper Road,    Barrington, IL  60010
11052006     +Palatine Oil,    P.O. Box 985,    Palatine, IL 60078-0985
11052007     +Pedersons GMC,    19588 Highway 173,    Antioch, IL 60002-9526
11052008     +Reds Garden Center,    3460 Dundee Road,    Northbrook, IL 60062-2267
11052010     +Town And Country,    3900 W. 167th Street,    Markham, IL 60428-5307
11207945      UMLI/Home Vest Capital LLC,    PO Box 60771,    Charlotte, NC 28260
11052011     +Waste Management,    720 E. Butterfield Road,    Lombard, IL 60148-5689
11052012      Wilson Nursery,    33685 N. Routh 12,    Ingleside, IL  60041
11052013      Wilsons Landscape Supply,    43 W. 967 Route 172,    Hampshire, IL  60140

The following entities were noticed by electronic transmission on Sep 14, 2010.
11051972      E-mail/Text: bkr@cardworks.com                            Advanta,    P.O. Box 30715,
               Salt Lake City, UT  84130-0715
13697430     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2010 01:17:54      GREEN TREE SERVICING, LLC,
               7360 S. KYRENE RD RECOVERY DEPT T-113,    TEMPE, AZ 85283-8432
11052003     +E-mail/PDF: gecsedi@recoverycorp.com Sep 15 2010 01:17:54      Menards,    4777 Menard Drive,
               Eau Claire, WI 54703-9604
                                                                                              TOTAL: 3
```

```
District/off: 0752-1          User: lhatch              Page 2 of 2              Date Rcvd: Sep 14, 2010
Case: 06-16215                Form ID: pdf006           Total Noticed: 55

             ***** BYPASSED RECIPIENTS (continued) *****

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11051982     ##+Bank Of America,    P.O. Box 2930,    Phoenix, AZ 85062-2930
11051983      ##Bank Of America,    P.O. Box 2463,    Spokane, WA 99210-2463
11051969     ##+Company Geno Landscape Inc,    42688 N Highway 45,    Antioch, IL 60002-7212
11052009      ##Sams Club Discover,    P.O. Box 981444,    El Paso, TX 79998-1444
                                                                         TOTALS: 0, * 0, ## 4
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Sep 16, 2010**                    **Signature:**    _/s/ Joseph Speetjens_