# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Case No. 06-16215 |
| | ) | |
| Geno Landscaping Company, Inc. | ) | Chapter 7 |
| | ) | |
| Debtor | ) | Hon. A. Benjamin Goldgar |

### ORDER ALLOWING FINAL COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THE LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED, ATTORNEYS FOR THE TRUSTEE

This matter coming to be heard upon the **Final Application for Allowance of Compensation and Reimbursement of Expenses of the Law Offices of Ilene F. Goldstein, Chartered Attorneys for the Trustee,** the Trustee having filed an application seeking $5,245.00 in fees and $112.90 in expenses, due notice having been given and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED:**

Law Offices of Ilene F. Goldstein, Chartered is hereby awarded and the Trustee is directed to pay final compensation in the amount of $5,245.00 for the actual, necessary and valuable professional services rendered to the Trustee and $112.90 in expenses for the period of August 25, 2007 through August 26, 2010 incurred in connection with its legal services is hereby awarded as Final Fees.

IFG Chtd.'s previously awarded interim attorneys' fees for services rendered during the period of February 16, 2007 through August 24, 2007 in the amount of $5,628.50 and $262.80 for reimbursement of expenses incurred in connection with its legal services is hereby awarded as Final Fees.

Dated: 0 8 OCT 2010       ENTER:

HON. A. Benjamin Goldgar

Ilene F. Goldstein
Law Offices of Ilene F. Goldstein, Chartered
850 Central Ave., Suite 200
Highland Park, Illinois 60035
(847) 926-9595