**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**

In re: GENO LANDSCAPING COMPANY INC    § Case No. 06-16215
§
§
Debtor(s)    §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

ILENE F. GOLDSTEIN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:  $38,000.00          Assets Exempt:  $0.00
*(without deducting any secured claims)*

Total Distribution to Claimants: $38,591.20      Claims Discharged
                                                 Without Payment: $696,025.28

Total Expenses of Administration: $19,507.12

3) Total gross receipts of $   58,098.32   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   0.00   (see **Exhibit 2**), yielded net receipts of $58,098.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 19,507.12 | 19,507.12 | 19,507.12 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 47,015.54 | 47,015.54 | 38,591.20 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 442,025.95 | 253,999.33 | 253,999.33 | 0.00 |
| **TOTAL DISBURSEMENTS** | $442,025.95 | $320,521.99 | $320,521.99 | $58,098.32 |

4) This case was originally filed under Chapter 7 on December 08, 2006. The case was pending for 50 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/07/2011          By: /s/ILENE F. GOLDSTEIN
                                                Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS | 1129-000 | 15,500.00 |
| ACCOUNTS RECEIVABLE | 1121-000 | 2,312.88 |
| FARMING EQUIPMENT | 1129-000 | 5,000.00 |
| TRUSTEE AVOIDING POWER: LAND/TREE STOCK | 1229-000 | 35,000.00 |
| Interest Income | 1270-000 | 285.44 |
| **TOTAL GROSS RECEIPTS** | | **$58,098.32** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | None | | | |
| **TOTAL SECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ILENE F. GOLDSTEIN | 2100-000 | N/A | 6,154.69 | 6,154.69 | 6,154.69 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3110-000 | N/A | 10,626.00 | 10,626.00 | 10,626.00 |
| LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | 3120-000 | N/A | 375.70 | 375.70 | 375.70 |
| Jodi E. Gimbel,P.C. | 3320-000 | N/A | 180.00 | 180.00 | 180.00 |
| Jodi E. Gimbel,P.C. | 3410-000 | N/A | 1,314.00 | 1,314.00 | 1,314.00 |
| Triebold Implement Inc. | 2420-000 | N/A | 54.67 | 54.67 | 54.67 |
| Slim's Tractor Service & Outdoor Power Inc | 2420-000 | N/A | 175.29 | 175.29 | 175.29 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 40.36 | 40.36 | 40.36 |
| AMERICAN AUCTION ASSOC. INC. | 3610-000 | N/A | 500.00 | 500.00 | 500.00 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 45.11 | 45.11 | 45.11 |
| INTERNATIONAL SURETIES LTD. | 2300-000 | N/A | 41.30 | 41.30 | 41.30 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 19,507.12 | 19,507.12 | 19,507.12 |

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 14P | Internal Revenue Service - Dept of Revenue | 5800-000 | N/A | 47,015.54 | 47,015.54 | 38,591.20 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 47,015.54 | 47,015.54 | 38,591.20 |

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Lurvey Landscape Supply and Garden Center | 7100-000 | N/A | 2,728.32 | 2,728.32 | 0.00 |
| 2 | GREEN TREE SERVICING, LLC | 7100-000 | N/A | 72,290.08 | 72,290.08 | 0.00 |
| 3 | Lester's Material Service, Inc. | 7100-000 | N/A | 18,511.74 | 18,511.74 | 0.00 |
| 4 | Antioch Tire | 7100-000 | N/A | 2,946.40 | 2,946.40 | 0.00 |
| 5 | Lou Perrines | 7100-000 | N/A | 397.69 | 397.69 | 0.00 |
| 6 | Wilsons Landscape Supply | 7100-000 | N/A | 3,040.67 | 3,040.67 | 0.00 |
| 7 | Wilson Nursery | 7100-000 | N/A | 4,176.34 | 4,176.34 | 0.00 |
| 8 | Chase Bank USA, N.A. | 7100-000 | N/A | 18,779.36 | 18,779.36 | 0.00 |
| 9 | Midwest Operating Engineers Pension Fund | 7100-000 | N/A | 1,299.76 | 1,299.76 | 0.00 |
| 10 | MOE Construction Industry Research and Service Tru | 7100-000 | N/A | 37.99 | 37.99 | 0.00 |
| 11 | Advanta Bank Corp | 7100-000 | N/A | 23,318.86 | 23,318.86 | 0.00 |
| 12 | American Express Bank FSB | 7100-000 | N/A | 7,528.46 | 7,528.46 | 0.00 |
| 13 | BP Business Solutions | 7100-000 | N/A | 16,880.88 | 16,880.88 | 0.00 |
| 14U | Internal Revenue Service - Dept of Revenue | 7100-000 | N/A | 7,017.00 | 7,017.00 | 0.00 |
| 15 | Jasperson Sod Farm | 7100-000 | N/A | 22,510.73 | 22,510.73 | 0.00 |
| 16 | Citibank (South Dakota) N.A. | 7100-000 | N/A | 117.55 | 117.55 | 0.00 |
| 17 | Arthur Weiler | 7100-000 | N/A | 12,049.50 | 12,049.50 | 0.00 |
| 18 | Frankemuth Mutual Insurance | 7100-000 | N/A | 5,003.00 | 5,003.00 | 0.00 |
| 19 | American National | 7200-000 | N/A | 35,365.00 | 35,365.00 | 0.00 |
| NOTFILED | GM Business Card | 7100-000 | 118,234.05 | N/A | N/A | 0.00 |
| NOTFILED | First Equity Card | 7100-000 | 21,308.88 | N/A | N/A | 0.00 |
| NOTFILED | Evergreen Sod Farm | 7100-000 | 314.00 | N/A | N/A | 0.00 |
| NOTFILED | Capital One Bank | 7100-000 | 1,527.93 | N/A | N/A | 0.00 |
| NOTFILED | Borst & Assoc. | 7100-000 | 800.00 | N/A | N/A | 0.00 |
| NOTFILED | Cutler True Value | 7100-000 | 280.00 | N/A | N/A | 0.00 |
| NOTFILED | GM Business Card | 7100-000 | 5,381.01 | N/A | N/A | 0.00 |
| NOTFILED | Deluxe Business Checks | 7100-000 | 221.00 | N/A | N/A | 0.00 |
| NOTFILED | Chrysler Financial | 7100-000 | 28,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Home Depot | 7100-000 | 117.55 | N/A | N/A | 0.00 |
| NOTFILED | Gregs Lawnmower | 7100-000 | 1,923.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | Reds Garden Center | 7100-000 | 4,704.00 | N/A | N/A | 0.00 |
| NOTFILED | Pedersons GMC | 7100-000 | 5,108.00 | N/A | N/A | 0.00 |
| NOTFILED | Town & Country | 7100-000 | 7,221.00 | N/A | N/A | 0.00 |
| NOTFILED | Sams Club Discover | 7100-000 | 5,771.32 | N/A | N/A | 0.00 |
| NOTFILED | Palatine Oil | 7100-000 | 4,968.00 | N/A | N/A | 0.00 |
| NOTFILED | Waste Management | 7100-000 | 15.00 | N/A | N/A | 0.00 |
| NOTFILED | Mutual Ace Hardware | 7100-000 | 1,127.00 | N/A | N/A | 0.00 |
| NOTFILED | Olsens | 7100-000 | 8,255.00 | N/A | N/A | 0.00 |
| NOTFILED | Major Agency | 7100-000 | 44,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Jasperson Sod Farm | 7100-000 | 23,231.00 | N/A | N/A | 0.00 |
| NOTFILED | McGinty Brothers | 7100-000 | 9,700.00 | N/A | N/A | 0.00 |
| NOTFILED | Mariani Landscape | 7100-000 | 16.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 19,458.10 | N/A | N/A | 0.00 |
| NOTFILED | Menards | 7100-000 | 9,493.79 | N/A | N/A | 0.00 |
| NOTFILED | Antioch Auto Parts | 7100-000 | 188.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 20,532.46 | N/A | N/A | 0.00 |
| NOTFILED | Advertiser | 7100-000 | 31.00 | N/A | N/A | 0.00 |
| NOTFILED | A Block | 7100-000 | 17,909.00 | N/A | N/A | 0.00 |
| NOTFILED | American Express | 7100-000 | 7,299.16 | N/A | N/A | 0.00 |
| NOTFILED | Antioch True Value | 7100-000 | 97.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank of America | 7100-000 | 69,361.70 | N/A | N/A | 0.00 |
| NOTFILED | Aspen Valley Landscaping Supply | 7100-000 | 5,432.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 442,025.95 | 253,999.33 | 253,999.33 | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

Page: 1

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-16215  
**Case Name:** GENO LANDSCAPING COMPANY INC

**Trustee:** (330290) ILENE F. GOLDSTEIN  
**Filed (f) or Converted (c):** 12/08/06 (f)  
**§341(a) Meeting Date:** 01/22/07

**Period Ending:** 02/07/11  
**Claims Bar Date:** 05/23/07

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) | | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) DA=§554(c) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| Ref. # | | | | | | |
| 1 | BANK ACCOUNTS | 14,224.00 | 14,224.00 | | 15,500.00 | FA |
| 2 | ACCOUNTS RECEIVABLE | 38,000.00 | 38,000.00 | DA | 2,312.88 | FA |
| 3 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 500.00 | 500.00 | | 0.00 | FA |
| 4 | FARMING EQUIPMENT | 9,000.00 | 9,000.00 | | 5,000.00 | FA |
| 5 | TRUSTEE AVOIDING POWER: LAND/TREE STOCK (u) | Unknown | Unknown | | 35,000.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 285.44 | Unknown |
| 6 | Assets   Totals (Excluding unknown values) | **$61,724.00** | **$61,724.00** | | **$58,098.32** | **$0.00** |

**Major Activities Affecting Case Closing:**

STATUS: THE TRUSTEE HAS RECENTLY SENT THE FINAL ACCOUNT TO THE UST FOR REVIEW.

**Initial Projected Date Of Final Report (TFR):**   March 31, 2009          **Current Projected Date Of Final Report (TFR):**   August 31, 2010

Printed: 02/07/2011 11:15 AM    V.12.56

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 06-16215  
**Case Name:** GENO LANDSCAPING COMPANY INC

**Taxpayer ID #:** **-***5172  
**Period Ending:** 02/07/11

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 02/06/07 | {1} | Geno Landscaping | ACCOUNTS RECEIVABLE | 1129-000 | 15,500.00 | | 15,500.00 |
| 02/06/07 | {2} | Geno Landscaping | ACCOUNTS RECEIVABLE | 1121-000 | 2,312.88 | | 17,812.88 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 6.65 | | 17,819.53 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.51 | | 17,829.04 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.83 | | 17,838.87 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.84 | | 17,848.71 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.21 | | 17,857.92 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.17 | | 17,868.09 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.85 | | 17,877.94 |
| 09/14/07 | 1001 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | FEES | 3110-000 | | 5,381.00 | 12,496.94 |
| 09/14/07 | 1002 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | EXPENSES | 3120-000 | | 262.80 | 12,234.14 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 7.70 | | 12,241.84 |
| 10/03/07 | {5} | Greater Illinois Title Company | Resolution of Fraudulent Conveyance Claim | 1229-000 | 35,000.00 | | 47,241.84 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 21.51 | | 47,263.35 |
| 11/16/07 | 1003 | Triebold Implement Inc. | ADMI PAYMENT TO GET PART TO REPAIR fRONT LOADER | 2420-000 | | 54.67 | 47,208.68 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 24.58 | | 47,233.26 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 24.05 | | 47,257.31 |
| 01/14/08 | 1004 | Slim's Tractor Service & Outdoor Power Inc | Admin Expense | 2420-000 | | 175.29 | 47,082.02 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 21.59 | | 47,103.61 |
| 02/07/08 | {4} | Mohamed Nasr | Sale of personal property | 1129-000 | 5,000.00 | | 52,103.61 |
| 02/12/08 | 1005 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 12/31/2007 FOR CASE #06-16215, Bond payment | 2300-000 | | 40.36 | 52,063.25 |
| 02/28/08 | 1006 | AMERICAN AUCTION ASSOC. INC. | Auction Expense | 3610-000 | | 500.00 | 51,563.25 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 10.41 | | 51,573.66 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 9.58 | | 51,583.24 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 7.19 | | 51,590.43 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.45 | | 51,596.88 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.55 | | 51,603.43 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.55 | | 51,609.98 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.13 | | 51,616.11 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 6.77 | | 51,622.88 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 5.62 | | 51,628.50 |
| | | | Subtotals : | | $58,042.62 | $6,414.12 | |

{} Asset reference(s)

Printed: 02/07/2011 11:15 AM    V.12.56

Exhibit 9

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

**Case Number:** 06-16215  
**Case Name:** GENO LANDSCAPING COMPANY INC  
**Taxpayer ID #:** **-***5172  
**Period Ending:** 02/07/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****63-65 - Money Market Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 4.06 | | 51,632.56 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 3.66 | | 51,636.22 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,638.32 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 51,640.28 |
| 03/04/09 | 1007 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 03/04/2009 FOR CASE #06-16215 | 2300-000 | | 45.11 | 51,595.17 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.24 | | 51,597.41 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,599.51 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 51,601.54 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.24 | | 51,603.78 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,605.95 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,608.12 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,610.22 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.10 | | 51,612.32 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,614.49 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.17 | | 51,616.66 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.03 | | 51,618.69 |
| 02/19/10 | 1008 | INTERNATIONAL SURETIES LTD. | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/19/2010 FOR CASE #06-16215 | 2300-000 | | 41.30 | 51,577.39 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.96 | | 51,579.35 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 2.31 | | 51,581.66 |
| 04/20/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 1.33 | | 51,582.99 |
| 04/20/10 | | Wire out to BNYM account 9200******6365 | Wire out to BNYM account 9200******6365 | 9999-000 | -51,582.99 | | 0.00 |

|  | ACCOUNT TOTALS | 6,500.53 | 6,500.53 | $0.00 |
|---|---|---|---|---|
|  | Less: Bank Transfers | -51,582.99 | 0.00 | |
|  | **Subtotal** | 58,083.52 | 6,500.53 | |
|  | Less: Payments to Debtors | | 0.00 | |
|  | **NET Receipts / Disbursements** | **$58,083.52** | **$6,500.53** | |

{} Asset reference(s)

Printed: 02/07/2011 11:15 AM    V.12.56

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 06-16215 | | Trustee: | ILENE F. GOLDSTEIN (330290) |
|---|---|---|---|---|
| Case Name: | GENO LANDSCAPING COMPANY INC | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******63-65 - Money Market Account |
| Taxpayer ID #: | **-***5172 | | Blanket Bond: | $3,000,000.00 (per case limit) |
| Period Ending: | 02/07/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | Wire in from JPMorgan Chase Bank, N.A. account ********6365 | 9999-000 | 51,582.99 | | 51,582.99 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 1.08 | | 51,584.07 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.07 | | 51,587.14 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 2.97 | | 51,590.11 |
| 07/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.07 | | 51,593.18 |
| 08/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 3.05 | | 51,596.23 |
| 09/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0300% | 1270-000 | 1.27 | | 51,597.50 |
| 10/08/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0300% | 1270-000 | 0.29 | | 51,597.79 |
| 10/08/10 | | To Account #9200******6366 | TRANSFER FROM INVESTMENT | 9999-000 | | 51,597.79 | 0.00 |
| | | | ACCOUNT TOTALS | | 51,597.79 | 51,597.79 | $0.00 |
| | | | Less: Bank Transfers | | 51,582.99 | 51,597.79 | |
| | | | Subtotal | | 14.80 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $14.80 | $0.00 | |

{} Asset reference(s)   Printed: 02/07/2011 11:15 AM   V.12.56

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

**Case Number:** 06-16215  
**Case Name:** GENO LANDSCAPING COMPANY INC  

**Taxpayer ID #:** **-***5172  
**Period Ending:** 02/07/11  

**Trustee:** ILENE F. GOLDSTEIN (330290)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******63-66 - Checking Account  
**Blanket Bond:** $3,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 10/08/10 | | From Account #9200******6365 | TRANSFER FROM INVESTMENT | 9999-000 | 51,597.79 | | 51,597.79 |
| 10/08/10 | 101 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $10,626.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 5,245.00 | 46,352.79 |
| 10/08/10 | 102 | LAW OFFICES OF ILENE F. GOLDSTEIN, CHARTERED | Dividend paid 100.00% on $375.70, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 112.90 | 46,239.89 |
| 10/08/10 | 103 | ILENE F. GOLDSTEIN | Dividend paid 100.00% on $6,154.69, Trustee Compensation; Reference: | 2100-000 | | 6,154.69 | 40,085.20 |
| 10/08/10 | 104 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $1,314.00, Accountant for Trustee Fees (Other Firm); Reference: | 3410-000 | | 1,314.00 | 38,771.20 |
| 10/08/10 | 105 | Jodi E. Gimbel,P.C. | Dividend paid 100.00% on $180.00, Accountant for Trustee Expenses (Trustee Firm); Reference: | 3320-000 | | 180.00 | 38,591.20 |
| 10/08/10 | 106 | Internal Revenue Service - Dept of Revenue | Dividend paid 82.08% on $47,015.54; Claim# 14P; Filed: $47,015.54; Reference: | 5800-000 | | 38,591.20 | 0.00 |

| | | | | ACCOUNT TOTALS | 51,597.79 | 51,597.79 | $0.00 |
| | | | | Less: Bank Transfers | 51,597.79 | 0.00 | |
| | | | | Subtotal | 0.00 | 51,597.79 | |
| | | | | Less: Payments to Debtors | | 0.00 | |
| | | | | NET Receipts / Disbursements | $0.00 | $51,597.79 | |

Net Receipts : 58,098.32  
Net Estate : $58,098.32

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****63-65 | 58,083.52 | 6,500.53 | 0.00 |
| MMA # 9200-******63-65 | 14.80 | 0.00 | 0.00 |
| Checking # 9200-******63-66 | 0.00 | 51,597.79 | 0.00 |
| | $58,098.32 | $58,098.32 | $0.00 |

{} Asset reference(s)

Printed: 02/07/2011 11:15 AM   V.12.56